IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIA A. GORNEY, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 9:21-CV-00083 |
| | § § | JUDGE MICHAEL J. TRUNCALE |
| NORTHSTAR LOCATION SERVICES, LLC, | § § § | |
| Defendant. | § § | |

## ORDER ON CLOSING DOCUMENTS

The Parties have notified the Court via a Notice of Settlement [Dkt. 14] that they have reached a settlement and are in the process of completing the settlement agreement and filing dismissal papers.

It is therefore ORDERED that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **January 3, 2022**. **If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any Party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

It is further ORDERED that all Court dates and pending deadlines are hereby vacated.

**SIGNED this 2nd day of November, 2021.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge